VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Ave., Ste. 244
Las Vegas, NV 89123
Tel.: 702-476-2500 | Fax.: 702-476-2788
E-mail: vnelson@nelsonlawfirmlv.com
*Attorney for Plaintiff Austin G. Gold*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AUSTIN G. GOLD,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND FUNDING LLC, aka MIDLAND CREDIT MANAGEMENT INC., EXPERIAN INFORMATION SERVICES, INC., and EQUIFAX, INC.<br><br>Defendants. | Case No.: 2:17-cv-00639-JAD-VCF<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO SUBSTITUTE PARTY** |

Plaintiff, AUSTIN G. GOLD ("Plaintiff") and Defendant, EQUIFAX, INC. ("Defendant") jointly submit this Stipulation regarding the substitution of EQUIFAX INFORMATION SERVICES LLC as Defendant in place of Defendant EQUIFAX, INC.

WHEREAS, Plaintiff filed an action against the Defendant for alleged violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, et. seq ("FCRA"), and related state law claims on March 1, 2017.

WHEREAS, as information became available during discovery, Plaintiff learned that EQUIFAX, INC, the named Defendant in this action is a holding company for EQUIFAX INFORMATION SERVICES LLC, and is not a credit reporting agency subject to the FCRA.

WHEREAS, counsel for both parties have agreed that EQUIFAX INFORMATION SERVICES, LLC. is the proper party to this litigation and should be substituted for EQUIFAX,

INC. as a Defendant in the above-captioned matter so that all claims made against EQUIFAX, INC. are now made against EQUIFAX INFORMATION SERVICES LLC.

WHEREAS, the Plaintiff will amend their complaint to reflect EQUIFAX INFORMATION SERVICES LLC as a Defendant in place of EQUIFAX, INC. in the above-referenced caption. Defendant does not oppose to the Plaintiff amending their complaint.

WHEREAS, by this joint request, the parties move, subject to the approval of the Court, to dismiss EQUIFAX, INC. from this action and remove EQUIFAX, INC. from the case caption and replace with EQUIFAX INFORMATION SERVICES LLC.

WHEREAS EQUIFAX INFORMATION SERVICES LLC expressly reserves all defenses, including any statute of limitations defenses.

THEREFORE, IT IS HEREBY STIPULATED, by and between the parties to this action that:

1. EQUIFAX, INC., shall be dismissed from this case, without prejudice;

2. The caption in this proceeding shall be amended to remove EQUIFAX, INC. as a defendant and shall be replaced by EQUIFAX INFORMATION SERVICES LLC. as a Defendant;

3. EQUIFAX INFORMATION SERVICES LLC expressly reserves all defenses, including any statute of limitations defenses.

| DATED this 22nd day of May, 2017 | DATED this 22nd day of May, 2017 |
|---|---|
| THE LAW OFFICE OF VERNON NELSON | SNELL & WILMER, LLP |
| */s/ Vernon A. Nelson* | */s/ Bradley T. Austin* |
| VERNON NELSON, ESQ. | Bradley T. Austin, Esq. |
| Nevada Bar No.: 6434 | Nevada State Bar No. 13064 |
| 9480 S. Eastern Avenue, Suite 244 | Snell & Wilmer, LLP |
| Las Vegas, NV 89123 | 3883 Howard Hughes Pkwy, |
| Tel: 702-476-2500 | Suite 1100 Las Vegas, NV 89169 |
| Fax: 702-476-2788 | Tel: 702-784-5200 |
| E-Mail: vnelson@nelsonlawfirmlv.com | Fax: 702-784-5252 |
| *Attorney for Plaintiff Austin G. Gold* | Email: baustin@swlaw.com |
| | *Attorneys for Equifax Information Services LLC* |

| | |
|---|---|
| Dated this 22nd day of May, 2017. | Dated this 22nd day of May, 2017. |
| NAYLOR & BRASTER | HINSHAW & CULBERTSON LLP |
| /s/ Jennifer L. Braster | /s/ Michael R. Ayers |

JENNIFER L. BRASTER, ESQ.
Nevada Bar No. 9982
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@naylorandbrasterlaw.com
*Attorneys for Defendant Experian Information Solutions, Inc*

MICHAEL R. AYERS
Nevada Bar No. 10851
2375 E. Camelback Road, Suite 750
Phoenix, AZ 85016
Telephone: 602-631-4400
Facsimile: 602-631-4404
mayers@hinshawlaw.com

and

GINA M. MUSHMECHE
Nevada Bar No. 10411
KRAVITZ, SCHNITZER, & JOHNSON, CHTD
8985 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
Telephone: 702-362-6666
Facsimile: 702-362-2203
gmushmeche@kssattorneys.com
*Attorneys for Midland Funding, LLC aka Midland Credit Management*

IT IS HEREBY ORDERED that the Amended Complaint must be filed on or before May 31, 2017.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated May 22, 2017.