MICHAEL R. AYERS
Nevada Bar No. 10851
HINSHAW & CULBERTSON LLP
2375 E. Camelback Road, Suite 750
Phoenix, AZ 85016
Telephone: 602-631-4400
Facsimile: 602-631-4404
mayers@hinshawlaw.com

and

GINA M. MUSHMECHE
Nevada Bar No. 10411
KRAVITZ, SCHNITZER, & JOHNSON, CHTD
8985 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
Telephone: 702-362-6666
Facsimile: 702-362-2203
gmushmeche@kssattorneys.com

Attorneys for Defendant Midland Funding, LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| AUSTIN G. GOLD, | Case No. 2:17-cv-00639-JAD-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| MIDLAND FUNDING, LLC, aka MIDLAND CREDIT MANAGEMENT, INC., EXPERIAN INFORMATION SERVICES, INC., and EQUIFAX, INC., | ECF No. 27 |
| Defendants. | |

COMES NOW, Defendants Midland Funding, LLC, incorrectly named Midland Funding, LLC aka Midland Credit Management, Inc., Experian Information Services, Inc., and Equifax, Inc., and Plaintiff, Austin G. Gold, by and through their respective counsel of record, hereby stipulate to dismiss this action, with prejudice,

///
///
///
///

300106939v1 0996705

with each party to bear its own attorneys' fees and costs.

DATED this 21st day of July, 2017.

| THE LAW OFFICE OF VERNON NELSON | HINSHAW & CULBERTSON LLP |
|---|---|
| /s/ Vernon A. Nelson   (*with permission*)<br>Vernon A. Nelson, Jr., Esq.<br>Nevada Bar No. 6434<br>9840 S. Eastern Avenue, Suite 244<br>Las Vegas, NV 89123<br>Telephone: 702-476-2500<br>Email: vnelson@nelsonlawfirmlv.com<br>*Attorneys for Plaintiff* | /s/ Michael R. Ayers<br>Michael R. Ayers, Esq.<br>Nevada Bar No. 10851<br>2375 E. Camelback Road, Suite 750<br>Phoenix, AZ 85016<br>Telephone: 602-631-4400<br>Email: mayers@hinshawlaw.com<br>*Attorneys for Defendant Midland Funding, LLC* |
| NAYLOR & BRASTER | KRAVITZ, SCHNITZER & JOHNSON, CHTD |
| /s/ Jennifer L. Braster   (*with permission*)<br>Jennifer L. Braster, Esq.<br>Nevada Bar No. 9982<br>Andrew J. Sharples, Esq.<br>Nevada Bar No. 12866<br>1050 Indigo Drive, Suite 200<br>Las Vegas, Nevada 89145<br>Telephone: 702-420-7000<br>Email: jbraster@naylorandbrasterlaw.com<br>*Attorneys for Defendant Experian Information Solutions, Inc.* | /s/ Gina M. Mushmeche   (*with permission*)<br>Gina M. Mushmeche, Esq.<br>Nevada Bar No. 10411<br>8985 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123<br>Telephone: 702-362-6666<br>Email: gmushmeche@ksjattorneys.com<br>*Attorneys for Defendant Midland Funding, LLC* |
| | SNELL & WILMER, LLP |
| | /s/ Bradley T. Austin   (*with permission*)<br>Bradley T Austin, Esq.<br>Nevada Bar No. 13064<br>3883 Howard Hughes Pkwy, Suite 1100<br>Las Vegas, Nevada 89169<br>Telephone: 702-784-5200<br>Email: baustin@swlaw.com<br>*Attorneys for Defendant Equifax, Inc.* |

## **ORDER**

Based on the parties' stipulation [ECF No. 27] and good cause appearing, IT IS HEREBY ORDERED that this case is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer Dorsey
July 21, 2017

2

300106939v1 0996705